UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| R.L. Vallee, Inc. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WESCO, Inc. and Timberlake Associates, L.L.P., | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No.: 5:18-cv-104 |
| v. | ) ) | |
| Vermont Agency of Transportation, an Agency of the State of Vermont, and Joe Flynn in his official capacity as Secretary of the Agency of Transportation | ) ) ) ) ) | |
| and | ) ) | |
| Federal Highway Administration, an Agency of the United States Department of Transportation, Elaine L. Chao, in her official capacity as Secretary of Transportation, Nicole Nason, in her official capacity as Acting Administrator of the Federal Highway; and Administration; and Matthew Hake, in his official capacity as Division Administrator for the Vermont Division of the Federal Highway Administration, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that R.L. Vallee, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from: (A) the Order on Plaintiffs' Motion for Summary Judgment, Defendants' Cross-Motions for Summary Judgment,

and Plaintiffs' Motion to Reopen Oral Argument entered in this action on July 8, 2020 (ECF No. 53); and (B) the Judgment in a Civil Action entered in this action on July 8, 2020 (ECF No. 54).

Dated: August 11, 2020
      Burlington, Vermont

Respectfully submitted,

MSK ATTORNEYS

By:   /s/ Alexander J. LaRosa, Esq.
Alexander J. LaRosa, Esq.
Daniel A. Seff, Esq.
275 College Street
P.O. Box 4485
Burlington, VT 05406-4485
Phone: (802) 861-7000
Fax: (802) 861-7007
Email: alarosa@mskvt.com
Email: dseff@mskvt.com

*Attorneys for Plaintiff/Appellant R.L. Vallee, Inc.*